UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT E. JOHNSON,<br><br>       Plaintiff,<br><br>  -against-<br><br>KATHY DUDLEY,<br><br>       Defendant. | 25-cv-2433 (LTS)<br><br>CIVIL JUDGMENT |

  For the reasons stated in the April 28, 2025, order, the complaint is dismissed without prejudice..

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: May 2, 2025
    New York, New York

                /s/ Laura Taylor Swain
                LAURA TAYLOR SWAIN
               Chief United States District Judge